# United States Court of Appeals
# for the Federal Circuit

––––––––––––––––

January 28, 2016

**ERRATUM**

––––––––––––––––

Appeal No. 2015-1415

**MORTGAGE GRADER, INC.,**
*Plaintiff-Appellant*

**v.**

**FIRST CHOICE LOAN SERVICES INC., NYLX, INC.,**
*Defendants-Appellees*

Decided: January 20, 2016
Precedential Opinion

––––––––––––––––

Please make the following change:

On page 1, replace the sentence

Decided: January 20, 2015

with the following sentence:

Decided:  January 20, 2016